IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARVIN ALEXIS DUBON RAMIREZ,<br><br><br>Defendant. | Case No. 1:25-MJ-735 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Eric Gibbs, being duly sworn, depose and state:

1.   I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia.  I have been employed with ICE in my current position for more than nineteen years.  I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code.

2.   My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code and seeking, when applicable, prosecution and removal of violators.  I have received training in general law enforcement, including training in Title 8 and Title 18 of the United States Code.

3.   This affidavit is submitted in support of a criminal complaint and arrest warrant for MARVIN ALEXIS DUBON RAMIREZ, (hereinafter, "DUBON RAMIREZ"), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or

1

having departed the United States while an order of exclusion, deportation, or removal was outstanding subsequent to an aggravated felony conviction, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

4. The facts and information contained in this affidavit are based upon my training, experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about November 26, 2025, ICE learned that DUBON RAMIREZ had been arrested and processed at the Loudoun County Jail in Loudoun County, Virginia, within the Eastern District of Virginia.

6. Your affiant performed immigration records checks which confirmed that DUBON RAMIREZ is a native and citizen of Honduras who was removed from the United States on or about April 14, 2009 at or near San Antonio, Texas and on or about April 25, 2024 at or near Alexandria, Louisiana. DUBON RAMIREZ did not have legal authorization to reenter or remain in the United States.

7. DUBON RAMIREZ was fingerprinted when arrested in Loudoun County Jail in Loudoun County, Virginia, and those fingerprints matched a unique FBI number associated with DUBON RAMIREZ. Those fingerprints were then processed through ICE indices containing fingerprint records of known and previously deported aliens. This system is also integrated with the criminal records maintained by the FBI and is commonly referred to as Next Generation Identification (NGI). Results of this query showed positive matches to DUBON RAMIREZ and

his unique FBI number. Specifically, the immigration record checks confirmed that DUBON RAMIREZ is a native and citizen of Honduras with an associated Alien File.

8. I reviewed DUBON RAMIREZ's immigration file maintained by U.S. Citizenship and Immigration Services (USCIS). The file, also known as an Alien File, which is associated with the unique FBI number described above, revealed that DUBON RAMIREZ is a citizen and national of Honduras. The file contained two executed Immigration Service Form I-205s Warrants of Removal/Deportation, bearing the photograph, fingerprint, and signature of DUBON RAMIREZ. These forms showed that DUBON RAMIREZ was removed from the United States on or about April 14, 2009 at or near San Antonio, Texas and on or about April 25, 2024 at or near Alexandria, Louisiana.

9. DUBON RAMIREZ's immigration file contains documents which show that DUBON RAMIREZ was convicted of an aggravated felony in the Fairfax County Circuit Court prior to his removals from the United States. Specifically, on April 25, 2008, DUBON RAMIREZ was convicted of one count of felony attempted maiming under Virginia Penal Code Section 18.2-51.

10. DUBON RAMIREZ's Alien File lacks evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted to, pass through, or reside in the United States. Further, DUBON RAMIREZ has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

**CONCLUSION**

11. Based on the foregoing, I submit that there is probable cause to believe that on or about November 26, 2025, at the Loudoun County Jail in Loudoun County, Virginia, within the Eastern District of Virginia, MARVIN ALEXIS DUBON RAMIREZ, an alien who was removed from the United States on or about April 14, 2009 at or near San Antonio, Texas and on or about April 25, 2024 at or near Alexandria, Louisiana, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States, said removals being subsequent to an aggravated felony conviction, in violation of Title 8, United States Code, § 1326(a) and (b)(2).

Respectfully submitted,

Eric Gibbs
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 27, 2025.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.12.27 16:01:54 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia

4